DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of R.H., Jr., and R.H., children.

T.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-2971
_____

May 6, 2026

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

Amanda Peterson of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Stephanie E. Novenario and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Guardian ad Litem.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.